

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Catherine M. Stavlas, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

May 1, 2019

Anthony Miles, #41803-037
FCI
P.O. Box 5000
Bruceton Mills, WV 26525

Re:  *United States v. Anthony Miles*, Criminal Case No. ELH-13-512

Dear Mr. Miles:

In response to your recent request for documents, please be advised that the docket sheet was sent to the warden of your institution. It is this Court's policy to send all requested material to the warden. Please contact the appropriate staff so that the materials may be made available for your review.

Sincerely,

*B. L. Jacobs*

Administrative Assistant
Staff Attorney's Office

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**